# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **TERRY B. BOYD,** | ) | |
| Plaintiff, | ) | Case No. 1:20CV00023 |
| v. | ) | **JUDGMENT** |
| **K-VA-T FOOD STORES, INC.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

It is **ORDERED** that final judgment is hereby entered in favor of the defendant K-VA-T Food Stores, Inc.

The Clerk shall close the case.

ENTER: July 1, 2021

/s/ JAMES P. JONES
United States District Judge